# Mattapan Community Health Center
1575 BLUE HILL AVENUE, MATTAPAN MA 02126
Phone: 617-296-0061 Fax: 617-296-1421

Date: 1/23/2026
RE: Antonio Bonheur
DOB: 7/3/1951

This letter is to confirm that Antonio Bonheur is a patient at Mattapan Community Health Center and has diagnosis of Hypertension, Hypercholesterolemia, and Diabetes.

Please do not hesitate to contact us with any questions.

Sincerely,
Marie Olene Girault, FNP